FILED

07/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0572

_____

SCARLET VAN GARDEREN, a minor by and
through her guardians, Jessica van Garderen and
Ewout van Garderen; JESSICA VAN
GARDEREN, an individual; EWOUT VAN
GARDEREN, an individual; PHOEBE CROSS, a
minor by and through his guardians Molly Cross
and Paul Cross; MOLLY CROSS, an individual;
PAUL CROSS, an individual; JANE DOE, an
individual; JOHN DOE, an individual; JUANITA
HODAX, on behalf of herself and her patients,
KATHERINE MISTRETTA, on behalf of herself
and her patients,

   Plaintiffs and Appellees,

  v.

STATE OF MONTANA; GREGORY
GIANFORTE, in his official capacity as Governor
of the State of Montana; AUSTIN KNUDSEN, in
his official capacity as Attorney General;
MONTANA BOARD OF MEDICAL
EXAMINERS; MONTANA BOARD OF
NURSING; MONTANA DEPARTMENT
OF PUBLIC HEALTH AND HUMAN
SERVICES; CHARLIE BRERETON, in his
official capacity as Director of the Montana
Department of Public Health and Human Services,

   Defendants and Appellants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

     For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2024